E-FILED
Monday, 24 August, 2026 10:58:16 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | |
|---|---|
| **H.D. SMITH WHOLESALE DRUG COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CINCINNATI INSURANCE COMPANY, et al.,**<br><br>**Defendants.** | **Case No. 22-3210** |

**REPORT AND RECOMMENDATION**

Before the Court is the Fee Petition (#187) filed by Plaintiff H.D. Smith Wholesale Drug Company ("Plaintiff"). Defendant Cincinnati Insurance Company ("Cincinnati") filed a Response (#188) in opposition.

On July 22, 2026, the District Court granted in part and denied in part Plaintiff's Motion for Spoliation Sanctions (#161) against Cincinnati. (*See* #186, Order). The District Court concluded that Cincinnati destroyed relevant ESI with intent to deprive Plaintiff of that information. Among other things, the District Court awarded Plaintiff reasonable attorney's fees and costs incurred in filing its Motion for Spoliation Sanctions and directed Plaintiff to file a fee petition with a breakdown of reasonable fees and costs incurred. On August 4, Plaintiff filed the present Fee Petition.

Plaintiff seeks $64,767.72 in attorney's fees and attaches a declaration from Courtney Horrigan (Plaintiff's counsel) in support. Cincinnati does not challenge the amount of fees and costs sought by Plaintiff. Instead, Cincinnati stands on its prior arguments that it never destroyed relevant ESI. For the same reasons as stated in the District Court's Order (#186), the Court finds these arguments unpersuasive.

Accordingly, the Court recommends that Plaintiff's Fee Petition (#187) be GRANTED and Plaintiff be awarded **$64,767.72** in attorney's fees. The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 24th day of August, 2026.

s/ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE