E-FILED
Wednesday, 09 September, 2026 01:08:50 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| **H.D. SMITH WHOLESALE DRUG CO.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 22-CV-3210** |
| | ) | |
| **CINCINNATI INSURANCE CO., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

A Report and Recommendation (#192) was filed by the Magistrate Judge in the above cause on August 24, 2026. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#192) is accepted by this court.

(2) Plaintiff's Petition for Attorneys' Fees (#187) is GRANTED. Plaintiff is awarded $64,767.72 in fees.

(3) This matter is referred to the Magistrate Judge for further proceedings in accordance with this Order.

ENTERED this 9th day of September, 2026.

s/ COLIN S. BRUCE
CHIEF U.S. DISTRICT JUDGE