E-FILED
Wednesday, 16 September, 2026 03:01:47 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

---

| | | |
|---|---|---|
| **H.D. SMITH WHOLESALE DRUG CO.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 22-CV-3210** |
| | ) | |
| **CINCINNATI INSURANCE CO., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

A Report and Recommendation (#177) was filed by Magistrate Judge Eric I. Long in the above cause on April 20, 2026. On May 4, 2026, Defendant, Cincinnati Insurance Company, filed its Objection to Report and Recommendation (#178). Plaintiff, H.D. Smith Whole Drug Company, filed its Response (#179) to Defendant's Objection on May 18, 2026. Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendant's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#177). Plaintiff is hereby awarded $30,606.00 in attorneys' fees.

Plaintiff, in its Response, has also submitted a request for fees incurred in responding to Defendant's Objection, along with supporting documentation (#180). The hourly rates of the attorneys involved in the Response have already been found reasonable by Judge Long in his approval of the earlier fee request, and the court sees no reason to depart that finding. The hours expended on reviewing the Objection and preparing the Response, though perhaps a *little* excessive for such well-trod ground, are not unreasonably so. Moreover, Defendant has not filed any response or objection to Plaintiff's supplemental fee request. Therefore, the court will allow additional attorneys' fees of

$17,870.00, for a total of $48,476.00 in fees.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#177) is accepted by this court.

(2) Plaintiff's Motion for Leave to File Document Under Seal (#180) is GRANTED.

(3) Plaintiff is awarded $48,476.00 in attorneys' fees.

(4) This matter is referred to the magistrate judge for further proceedings in accordance with this Order.

ENTERED this 16th day of September, 2026.

s/ COLIN S. BRUCE
CHIEF U.S. DISTRICT JUDGE